| PROB 22 (Rev. 2/88) | | CASE NUMBER *(Tran. Court)* 2:02-544-01 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | CASE NUMBER *(Rec. Court)* CR07-128 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Tony Fisher  South Lewes, Delaware 19158  REDACTED | DISTRICT Eastern District of Pennsylvania | DIVISION Philadelphia |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Harvey Bartle III, Chief Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 6/27/2007 — TO 6/26/2011 |

OFFENSE
Distribution of more than five grams of methamphetamine (Counts One and Two).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

August 20, 2007
Date

*Harvey Bartle*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Delaware

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/16/07
Effective Date

*Joseph J. Farnan*
United States District Judge